# UNITED STATES DISTRICT COURT

## FOR

## DISTRICT OF MONTANA

## U.S.A. vs. Molly May Fogle, Docket No. 1:18CR00053-02

### Affidavit regarding an Apparent Violation of Conditions of Pretrial Release

COMES NOW, Mike Chism, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of Molly May Fogle, charged in United States District Court with Possession of Methamphetamine With Intent to Distribute, who was placed under pretrial release supervision by the Honorable Timothy J. Cavan, sitting in the court at Billings, Montana, on the 7th day of May, 2018.

**RESPECTFULLY PRESENTING AS FOLLOWS:**

| Violation No. | Nature of Non-Compliance |
|---|---|
| 1 | 7[f] Except upon prior approval by the Pretrial Services Officer, the defendant's is restricted to Fergus and Cascade Counties of Montana.<br><br>On November 22, 2018, Billings Police Department conducted a traffic stop on a vehicle in which the defendant was a passenger. The driver was arrested for outstanding warrants and was found with a drug pipe. A second passenger was also arrested for outstanding warrants. Officers located a backpack with 10 unused syringes. The defendant was not detained.<br><br>The defendant did not have permission to be in Yellowstone County. |
| 2 | 11[m] Defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.<br><br>On November 28, 2018, the defendant admitted to using methamphetamine on November 22, 2018, and November 24, 2018. |

GOVERNMENT EXHIBIT
1

| Summary of Response to Non-Compliance |
|---|
| The defendant went to Billings on Thanksgiving. Police stopped a vehicle in which she was a passenger. Two males were arrested, and the defendant was not detained. A search revealed a drug pipe and unused needles.<br><br>During a home contact, the defendant admitted to using methamphetamine while in Billings and again upon her return to Lewistown. |

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In Conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Reviewed by:

_____        for    _____
Kevin Heffernan                                      Mike Chism
Supervising United States Probation Officer          United States Probation Officer