IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-00053-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MOLLY MAY FOGLE, | |
| Defendant. | |

For the reasons stated on the record, MOLLY MAY FOGLE is hereby released from the custody of the U.S. Marshals Service.

DATED this 8th day of February, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1